# In the United States Court of Federal Claims

No. 06-751 T

(Filed: January 17, 2007)

| | |
|---|---|
| **LAWRENCE S. LEWIN and MARION E. LEWIN,** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

A Notice of Indirectly Related Cases was filed in *Herda v. United States* (No. 06-224) and in *Cooke v. United States* (No. 06-850), indicating that the instant case is related to the other two cases and that all three cases present common issues of fact and law.

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with the concurrence of both judges, the Court hereby directs the Clerk of Court to transfer this case to the docket of Judge Mary Ellen Coster Williams.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge