# In the United States Court of Federal Claims

**No. 06-751 T**
**Filed: January 17, 2007**

LAWRENCE S. LEWIN and
MARION E. LEWIN

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Mary Ellen Coster Williams**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk