IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAWRENCE S. LEWIN, and<br>MARION E. LEWIN,<br><br>Plaintiffs,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | DOCKET NO. 06-751 T<br>JUDGE MARY ELLEN COSTER |

**<u>JOINT MOTION TO STAY PROCEEDINGS</u>**

The parties respectfully request that proceedings be suspended in this case pending the Court's final disposition of *John Herda and Margaret Herda et. al. v. United States*, Fed. Cl. No. 06-224T. The parties previously informed the Court that this case is indirectly related to *Herda*, and to *Gordon R. Cooke and Jennifer L. Cooke v. United States*, Fed. Cl. No. 06-850T. See Notice [Doc. #4], Fed. Cl. No. 06-850T; Notice [Doc. #13], Fed. Cl. No. 06-224T. After the notice of indirectly related cases was filed in *Herda*, *Herda* and this case were transferred to Judge Williams, to whom also *Cooke* is assigned.

Plaintiffs in *Herda*, *Lewin*, and *Cooke* are represented by attorneys from the same law firm, Redding & Associates, P.C., and the same attorney of record has appeared on behalf of defendant in all three. Herda is presently in discovery, which is set to close on April 30, 2007, see Order [Doc. #12], Fed. Cl. No. 06-224T, and the present case is post-answer, pre-JPSR. Recently, the Court, pursuant to a joint motion like this motion, stayed *Cooke* pending final disposition of *Herda*.

Given the common issues of law and fact (material individual issues of law and fact may also exist) present in *Herda*, *Lewin*, and *Cooke*, the parties believe the efficient administration of justice would be significantly promoted by adoption of the following procedure: The Court stays this case

with *Cooke* and fully adjudicates *Herda*; the parties then submit a joint status report in which they express their view on how the outcome of *Herda* impacts *Lewin* and *Cooke*; and the Court enters orders regarding further proceedings.

Plaintiffs' counsel also notes that she and/or lawyers from her firm intend to file, in the future, additional cases that they believe are indirectly related to *Herda*, *Lewin*, and *Cooke*. The parties believe future filed cases are best handled via the procedures established in the Court's rules for indirectly related cases, RCFC 40.2(b), and, accordingly, plaintiffs' counsel intends to file the appropriate notice in *Herda*, the earliest filed case.

Respectfully submitted,

February 23, 2007
Date

s/ Thomas E. Redding
THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, TX 77018
(713) 965-9244
(713) 621-5227 (Fax)
*Attorney for Plaintiffs*

February 23, 2007

s/ Bart D. Jeffress by s/ Thomas E. Redding
BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (Fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

February 23, 2007 s/ Steven I. Frahm by s/ Thomas E. Redding
Date Of Counsel

Attorneys for Defendant