IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAWRENCE S. LEWIN and MARION E. LEWIN, | ) | |
| Plaintiffs, | ) | No.06-751 T |
| | ) | (Judge Mary Ellen Coster Williams) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Pursuant to RCFC 83.1(c)(5), please enter the appearance of Karen Servidea as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Karen Servidea, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

July 31, 2007

/s/ Karen Servidea
KAREN SERVIDEA
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 616-3423
Fax (202) 514-9440