IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-751 T

(Judge Mary Ellen Coster Williams)

LAWRENCE S. LEWIN and MARION E. LEWIN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR LEAVE TO FILE A JOINT STATUS REPORT

On February 26, 2007, the Court entered a stay of proceedings in the instant case pending the disposition of the indirectly related case captioned *John Herda and Margaret Herda et al. v. United States*, Fed. Cl. No. 06-224T. The Court entered a similar stay of proceedings in *Gordon R. Cooke and Jennifer L. Cooke v. United States*, Fed. Cl. No. 06-850T on February 14, 2007; in *Harold A. Cooper and Ruth Cooper, Deceased v. United States*, Fed. Cl. No. 07-107T on April 17, 2007; and in *Lloyd W. Bailey et al. v. United States*, Fed. Cl. No. 07-204T on May 31, 2007. On October 4, 2007, the parties filed a joint stipulation of dismissal in *Herda*. In light of that occurrence, the parties respectfully request leave to file a joint status report in the instant case to propose a course of further proceedings in the instant case, and in *Cooke*, *Cooper*, and *Bailey*. The parties are filing the joint status report as a separate document on this same day.

October 10, 2007
Date

Respectfully submitted,

/s/ Karen Servidea

KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

/s/ Steven I. Frahm by /s/ Mary M. Abate
Of Counsel
Attorneys for Defendant

October 10, 2007
Date

/s/ Sallie W. Gladney by /s/ Karen Servidea

Thomas E. Redding
Sallie W. Gladney
Teresa J. Womack
REDDING & ASSOCIATES, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 Fax
Attorneys for Plaintiffs