IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-751 T

(Judge Mary Ellen Coster Williams)

LAWRENCE S. LEWIN and MARION E. LEWIN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties file this joint status report to propose a course of further proceedings in the instant case, *Gordon R. Cooke and Jennifer L. Cooke v. United States*, Fed. Cl. No. 06-850T, *Harold A. Cooper and Ruth Cooper, Deceased v. United States*, Fed. Cl. No. 07-107T, and *Lloyd W. Bailey et al. v. United States*, Fed. Cl. No. 07-204T. The undersigned counsel for plaintiffs represent the plaintiffs in all four cases. In each case, the Court entered a stay of proceedings, pending the disposition of *John Herda and Margaret Herda et al. v. United States*, Fed. Cl. No. 06-224T. On October 4, 2007, the parties filed a joint stipulation of dismissal in *Herda*.

In light of the dismissal of *Herda*, the parties agree that the Court should lift the stay in either *Lewin*, *Cooke*, *Cooper*, or *Bailey*. The parties respectfully request that the Court allow the parties the opportunity to recommend which of the four cases should proceed. Plaintiffs' counsel represents that she needs additional time to consult her files and to contact her clients before making such a recommendation. Defendant has no objection to allowing such additional time.

Accordingly, the parties propose to file an additional joint status report on or before October 29, 2007, in the case that they recommend moving forward. Until then, the parties respectfully request that the Court continue the current stays of proceedings in *Lewin*, *Cooke*, *Cooper*, and *Bailey*.

October 10, 2007
Date

Respectfully submitted,

/s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

/s/ Steven I. Frahm by /s/ Mary M. Abate
Of Counsel
Attorneys for Defendant

October 10, 2007
Date

/s/ Sallie W. Gladney by /s/ Karen Servidea
Thomas E. Redding
Sallie W. Gladney
Teresa J. Womack
REDDING & ASSOCIATES, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 Fax
Attorneys for Plaintiffs